UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| THE VILLAGE CENTER GROUP, LP ) | Chapter 11 |
| Debtor, ) | Case No.: 22-11798 |
| ) | |

**MOTION TO EXTEND THE TIME FOR RESPONDING TO THE ORDER TO UPDATE**

Now comes the Debtor, The Village Center Group, LP, through proposed Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for 14 days for reasons therefore:

Proposed Counsel for the Debtor requires additional time to submit the schedules and documents as the Debtor is in the process of obtaining requested documents.

WHEREFORE, the Debtor, The Village Center Group, LP, through proposed Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for 14 days.

Respectfully Submitted,
The Debtor,
By Its Attorney,

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: December 19, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic mail or by First Class Mail postage prepaid.

                                           /s/ Peter M. Daigle_____
                                           Peter M. Daigle, Esquire

Dated: December 19, 2022

John Fitzgerald, Asst. US Trustee
Eric K. Bradford, Chapter 11 Trustee

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

Michael Italiaaner
c/o Marshall F. Newman, Esq.
Newman & Newman, PC
1 McKinley Square
Boston, MA 02109