*[Left margin annotation, signed and dated 12/19/2022: "GRANTED. THE DEADLINE TO FILE THE OUTSTANDING DOCUMENTS DUE PURSUANT TO THE ORDER TO UPDATE [DKT. NO. 2] IS HEREBY EXTENDED TO JANUARY 3, 2022."]*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE VILLAGE CENTER GROUP, LP ) | Chapter 11 |
|     Debtor, ) | Case No.: 22-11798 |
| ) | |

**MOTION TO EXTEND THE TIME FOR RESPONDING TO THE ORDER TO UPDATE**

Now comes the Debtor, The Village Center Group, LP, through proposed Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for 14 days for reasons therefore:

Proposed Counsel for the Debtor requires additional time to submit the schedules and documents as the Debtor is in the process of obtaining requested documents.

WHEREFORE, the Debtor, The Village Center Group, LP, through proposed Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for 14 days.

                                                Respectfully Submitted,
                                                The Debtor,
                                                By Its Attorney,

                                                /s/ Peter M. Daigle_____
                                                Peter M. Daigle, Esquire
                                                BBO # 640517
                                                1550 Falmouth Road, Suite 10
                                                Centerville, MA 02632
                                                (508) 771-7444

Dated: December 19, 2022